■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v STEPHEN THOMAS, Appellant. [664 NYS2d 739] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated March 15, 1993 (*People v Thomas,* 191 AD2d 600), affirming a judgment of the Supreme Court, Kings County, rendered December 21, 1989.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the

effective assistance of appellate counsel (*see, Jones v Barnes*, 463 US 745). Mangano, P. J., O'Brien, Sullivan and Santucci, JJ., concur.